IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YOLANDA M. PETERS,

    Plaintiff,

v.                                                      No. 14-cv-0464 SCY/SMV

HONEYWELL INTERNATIONAL, INC.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    June 18, 2014, at 2:30 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **June 18, 2014, at 2:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties should be prepared to address whether the Court has jurisdiction. The Court shall delay issuance of an initial scheduling order at this time.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.